IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>KARL BACKHAUS<br>        Defendant,<br><br>and<br><br>HOPE HAVEN, INC,<br>        Garnishee. | CASE NO. DNCW3:11CV659<br>(Financial Litigation Unit) |

## DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed in this case against Defendant Karl Backhaus is DISMISSED.

Signed: September 27, 2018

Graham C. Mullen
United States District Judge