IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 3:11CV659 |
| ) | (Financial Litigation Unit) |
| KARL BACKHAUS ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| MENS SHELTER OF CHARLOTTE, ) | |
| Garnishee. ) | |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed in this case against Defendant Karl Backhaus is DISMISSED.

Signed: January 10, 2022

Graham C. Mullen
United States District Judge